McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>HP Real Estate<br><br>7211 Ovar Ct., Elk Grove, CA<br><br>4700 Blossom Ranch, Elk Grove, CA<br><br>The person of Heidi Phong<br><br>Cell phones belonging to Sandie Zhong<br><br>5725 Aspen Grove Ln., Elk Grove, CA | CASE NOS.<br><br><br>2:18-SW-0309 EFB,<br><br>2:18-SW-0310 EFB,<br><br>2:18-SW-0316 EFB,<br><br>2:18-SW-0317 EFB,<br><br>2:18-SW-0325 EFB,<br><br>2:18-SW-0326 EFB,<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/24/2019

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE